value, this court affirms by summary order under Rule 30.25(b).

Affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent,**

v.

**Ruben GARCIA, Jr., Appellant.**

No. WD 62649.

Missouri Court of Appeals, Western District.

July 6, 2004.

**STATE of Missouri, Respondent,**

v.

**Terrence L. HAWKINS, Appellant.**

No. WD 61979.

Missouri Court of Appeals, Western District.

July 6, 2004.

John M. Schilmoeller, Kansas City, MO, for appellant.

Deborah Daniels, Jefferson City, MO, for respondent.

Before ULRICH, P.J., LOWENSTEIN and EDWIN H. SMITH, JJ.

*ORDER*

PER CURIAM.

Ruben Garcia appeals from his conviction for driving while intoxicated, Section 577.010.

This court has reviewed the briefs of the parties and the record on appeal. Finding no reversible error, we affirm the conviction. Because a published opinion reciting the facts and restating the applicable principles of law would have no precedential